DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESHAWN MARQUIS NORWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2369

[September 25, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562023CF003022A.

Daniel Eisinger, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***